M. FRANCIS MALONE, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 32327.)

Argued October 3, 1955; decided October 5, 1955.

Motion to dismiss appeal denied, with leave to renew upon the argument.